## MOTION DOCKET

**98–640.   State v. Stallings.**
Summit C.P. No. CR97051118A. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**00–841.   Strongsville Bd. of Edn. v. Lawrence.**
Board of Tax Appeals, No. 99–A–351. *Sua sponte,* cause combined for oral argument and decision with 00–842, *Ehrnfelt v. Lawrence,* Board of Tax Appeals, No. 99–A–350.

**00–842.   Ehrnfelt v. Lawrence.**
Board of Tax Appeals, No. 99–A–350. *Sua sponte,* cause combined for oral argument and decision with 00–841, *Strongsville Bd. of Edn. v. Lawrence,* Board of Tax Appeals, No. 99–A–351.

**00–1833.   State v. Jordan.**
Lucas C.P. No. CR98–2736. On motion to withdraw as co-counsel by Pamela J. Prude–Smithers and motion for appointment of co-counsel. Motions granted and Ann Baronas is appointed.